**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| ROGER BELL,<br><br>     *Plaintiff,*<br><br>  v.<br><br>EAST RIVER FAMILY<br>STRENGTHENING COLLABORATIVE,<br>INC.,<br><br>     *Defendant*. |

Civil Action No. 1:18-cv-01331 (CJN)

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, ECF No. 28, it is

hereby

**ORDERED** that East River Family Strengthening Collaborative, Inc.'s Motion for

Summary Judgment is **GRANTED**.  It is further

**ORDERED** that judgment is entered in favor of East River on all counts.

This Order constitutes the final judgment of the Court under Federal Rule of Civil

Procedure 58(a).  The Clerk of Court is **DIRECTED** to terminate the case.

It is so **ORDERED**.

DATE:  August 11, 2020

_____
CARL J. NICHOLS
United States District Judge

1